No. 61223.—General Preserve Co., Inc. v. United States, protests 9689–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bitter orange pulp the same in all material respects as that passed upon in *T. M. Duche & Sons, Inc., et al.* v. *United States* (44 C. C. P. A. 60, C. A. D. 638), the claim of the plaintiff was sustained.